# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF OKLAHOMA

PRINCESS LOVE,                              )
                                                )
               Plaintiff,                 )
                                                )
v.                                         )   Case No. CIV-14-526-D
                                                )
FAMILY DOLLAR STORES                       )
                                                )
             Defendant.                )

## STIPULATION OF DISMISSAL

**COMES NOW THE PLAINTIFF** by and through her attorney of record, and dismisses ***with prejudice***, all claims and causes of action asserted in the above-styled and numbered case pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this 13th day of November, 2014.

/s/ E. ED BONZIE_____
E. Ed Bonzie, OBA #15190
E. ED BONZIE, P.C,
8201 S. Walker
Oklahoma City, Oklahoma 73139
Telephone:  405-631-1021
Facsimile:   405-616-2488
Ed@edbonzielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, I mailed the foregoing document for the Plaintiff to:

> Steven L. Rahal, Esq.
> Michelle Brookshire, Esq.
> Littler Mendelson, P.C.
> 2001 Ross Ave. Ste. 1500 Lock Box 116
> Dallas, TX 75201-2931
> Attorneys for Defendant

/s/ E. Ed Bonzie