# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **PRINCESS LOVE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. CIV-14-526-D |
| v. ) | |
| ) | |
| **FAMILY DOLLAR STORES,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL

**COME NOW** Plaintiff and Defendant, by and through their attorneys of record, and dismiss *with prejudice* all claims and causes of action asserted in the above-styled and numbered case pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 17th day of November, 2014.

> */s/ E. Ed Bonzie*
> E. Ed Bonzie
> OBA#15190
> 8201 S. Walker
> Oklahoma City, Oklahoma 73139
>
> *Attorney for Plaintiff*

/s/ Michelle B. Brookshire
Steven L. Rahhal
OBA No. 12455
Jonathan G. Rector
OBA No. 30691
Michelle B. Brookshire
TX No. 24063970
srahhal@littler.com
jrector@littler.com
mbrookshire@littler.com
Littler Mendelson, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX   75201.2931
214.880.8100
214.880.0181 (Fax)

Adam W. Childers, OBA No. 18763
adam.childers@crowedunlevy.com
CROWE & DUNLEVY
20 N. Broadway, Suite 1800
Oklahoma City, OK 73102
405.235.7700
405.239.6651 (Fax)

*Attorneys for Defendant*